IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-230-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. IVAN DOMINGUEZ-QUEZADA,

    Defendant.

---

# ORDER
---

Magistrate Judge Nina Y. Wang

This matter comes before the court on the Motion to Withdraw as Counsel of Record ("Motion") [#354, filed February 21, 2016] by Barrett Weisz, CJA counsel for defendant Ivan Dominguez-Quezada, which was referred to this Magistrate Judge pursuant to D.C.COLO.LCrR 57.1 and the Memorandum dated February 23, 2016 [#355]. This court held a hearing on this matter on March 1, 2016 that included defense counsel Barrett Weisz and defendant. An interpreter was provided for defendant, who indicated on the record that he understood the interpreter and was prepared to proceed.

Having inquired of defendant and counsel the reasons for defendant's request for new counsel that precipitated the pending Motion, this court finds good cause for granting the motion. Accordingly, this court GRANTS the Motion to Withdraw as Counsel of Record [#354] and appoints defendant new counsel from the CJA Panel. The court specifically advised that the defendant that appointment of new counsel alone will not necessarily change the trial date that is

currently set for May 9, 2016, and any motion for an ends-of-justice continuance must be filed and considered by the presiding judge in this matter, the Honorable William J. Martinez.

DATED: March 1, 2016

BY THE COURT:

s/ Nina Y. Wang
United States Magistrate Judge